3:05 CV-2080

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR        :
ADMISSION TO PRACTICE IN THIS COURT     :

FILED
SCRANTON
OCT 2 7 2006

Per _____
DEPUTY CLERK

### PETITION

I, Peter A. Greiner, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   Meyerson & O'Neill

1700 Market St., Ste. 3025

Philadelphia, PA 19103

Office Telephone:   215-972-1376

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Supreme Court of PA - October 21, 1998

USDC ED PA - April 27, 2006

My attorney Identification number is: 81957

---

FOR COURT USE ONLY

____ GENERAL ADMISSION:

BEFORE JUDGE _____         Date: _____
                ___ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE

____ SPECIAL ADMISSION:

GRANTED _____              Date: _____
        ___ U.S. DISTRICT JUDGE   ___ U.S. MAGISTRATE JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each; if none, state "none".)

NONE

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of contempt; if none, state "none".)

I do _____, do not __XX__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (Check the appropriate space.) If there are pending proceedings, please explain: _____

I am seeking:

_____ General Admission under Local Rule LR 83.8.1

__XX__ Special Admission (specify by a check which rule) under

LR 83.8.2.1 _X_, LR 83.8.2.2 ___, LR 83.8.2.3 ___, or LR 83.8.2.4 ___

If seeking special admission under Local Rules LR 83.8.2.1, LR 83.8.2.2, LR 83.8.2.3, or LR 83.8.2.4, the basis for my admission under the designated rule is as follows:
I am admitted to practice in the USDC for the ED PA, the Supreme Ct. of PA, am a member in good standing where I am admitted to practice and I am not subject to any disciplinary proceedings in any jurisdiction. The plaintiff, David Jaslar has retained my firm, Meyerson & O'Neill to represent him in this matter and wishes for me to assist him in this matter.

NAME THE PARTY YOU REPRESENT:

Plaintiff, Jaslar

If special admission is requested for a particular case, please list case number and caption:

Case # __05-2080__

Caption # __David Jaslar v. Detective Robert Zavada, et al.__

I understand that:

1) If seeking admission under Section LR 83.8.2.2, LR 83.8.2.3, or 83.8.2.4, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

2) If petitioning for admission, only in a particular case, under Rule LR 83.8.2.1, I need no sponsor's certificate. Any attorney specially admitted under LR 83.8.2.1, shall, in each proceeding in which he or she appears, have associate counsel who is generally admitted under Local Rule 83.8.1 to practice in this court, whose appearance shall also be entered of record and upon whom all pleadings, motions, notices, and other papers may be served in accordance with any statute or applicable rule. The attendance of any such associate counsel upon the hearing of any motion or the taking of any testimony shall be sufficient appearance for the party or parties represented by such associate counsel. Either the specially admitted attorney or associate counsel must be fully prepared to participate in any hearings, arguments, conferences and trials. (See LR 83.9)

If special admission is requested for a particular case, please list the name, address, telephone number and bar identification number of associate counsel to be entered of record in the case:

Jack Meyerson, Esq. #16403

Meyerson & O'Neill 1700 Market St., Ste. 3025

Philadelphia, PA 19103 (215)972-1376

3) If seeking regular admission under Rule LR 83.8.1, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_____
PETITIONER

81957
(Bar Identification Number)

10/20/05
(Date)

NAME OF PETITIONER ___Peter A. Greiner___

SPONSOR'S CERTIFICATE:

I, __Jack Meyerson_____, am a member in good standing of the Bar of the United States District Court for the Middle District of Pennsylvania, having been admitted to practice on (month) _09_____ (day) _07__, (year) _72___. I have known the above petitioner for _one year_____. To my knowledge, the petitioner's moral character is as follows: _outstanding_____

He was very well regarded in the Philadelphia District Attorney's Office.

To my knowledge, the petitioner's educational background and experience are as follows:

Colgate   B.A.

Villanova Law School   J.D.

5 years Phila. D.A.   2 years prior civil practice

One yr with Meyerson & O'Neill

I sponsor and recommend _Peter Greiner_____ for admission as a qualified attorney to practice before this court.

_____
(sponsor)

Office address:   Meyerson & O'Neill
                  1700 Market St., Ste. 3025
                  Philadelphia, PA 19103

Telephone:   215-972-1376

Attorney Bar I.D. Code No. _16304_____

**UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA**

**CODE OF PROFESSIONAL CONDUCT**

**As a member of the Bar of the United States District Court for the Middle District of Pennsylvania, I will strive for the following professional ideal:**

1. The rule of law will govern my entire conduct. I will not violate the law or place myself above the law.

2. I will treat with civility and respect the lawyers, clients, opposing parties, the court and all the officials with whom I work. Professional courtesy is compatible with vigorous advocacy and zealous representation. Even though antagonism may be expected by my client, it is not part of my duty to my client.

3. I will respect other lawyers' schedules as my own, and will seek agreement on meetings, depositions, hearings, and trial dates. A reasonable request for a scheduling accommodation should never be unreasonably refused.

4. Communications are life lines. I will keep the lines open. Telephone calls and correspondence are a two-way channel; I will respond to them promptly.

5. I will be punctual in appointments, communications and in honoring scheduled appearances. Neglect and tardiness are demeaning to others and to the judicial system.

6. I will earnestly attempt to resolve differences through negotiation, expeditiously and without needless expense.

7. Procedural rules are necessary to judicial order and decorum. I will be mindful that pleadings, discovery processes and motions cost time and money. I will not use them heedlessly. If an adversary is entitled to something, I will provide it without unnecessary formalities.

8. I will not engage in conduct that brings disorder or disruption to the courtroom. I will advise my client and witnesses appearing in court of the proper conduct expected and required there and, to the best of my ability, prevent my client and witnesses from creating disorder or disruption.

9. Before dates for hearings or trials are set, or if that is not feasible immediately after such date has been set, I will attempt to verify the availability of necessary participants and witnesses so I can promptly notify the court of any likely problems.

I agree to subscribe to the above
Code of Professional Conduct:
_____
Signature



**United States District Court
for the Middle District of Pennsylvania**

## ECF REGISTRATION FORM

*This form shall be used to register as a Filing User for the court's Electronic Case Files (ECF) system. A Filing User may file documents with the court through the court's ECF web site, and view and retrieve docket sheets and case documents electronically. Registration as a Filing User also serves as your consent to electronic service of all documents through the court's transmission facilities in accordance with the Federal Rules of Civil Procedure and the Federal Rules of Criminal Procedure. By signing this form, you shall certify that you have completed the ECF tutorial on the court's web site (www.pamd.uscourts.gov), and have a PACER account. Please visit the PACER web site at http://pacer.psc.uscourts.gov to establish a PACER account.*

**Please complete the following information to register for ECF:** (THIS FORM MUST BE TYPED )

Last Name: __Greiner__  First Name: __Peter__  Middle Initial: __A__

Firm Name: __Meyerson & O'Neill__

Address: __1700 Market St., Ste. 3025__

__Philadelphia, PA 19103__

City, State: __Philadelphia PA__  Zip Code: __19103__

Telephone Number: __215-972-1376__  Fax Number: __215-972-0277__

PA or other State Bar ID: __81957__  (e.g. PA12345, NY22316)

Last Four Digits of Social Security Number: __5774__  (for security purposes)

E-Mail Address(es) for Electronic Service : _____

If registered for ECF in another court, provide your **Login Name:** __None__

E-Mail the form to:  ecfreg@pamd.uscourts.gov

Fax to:   ECF Registration (570) 207-5689

Mail to:  USDC ECF Registration
PO Box 1148
Scranton, PA 18501-1148

_[signature]_  10/20/06
(Signature/Date)

**Court Use Only:**
Login  Assigned: _____
Password Assigned: _____

Exhibit A

# NOTICE

*3:cv-05-2080*

**To:**      Attorneys

**RE:**      Special or General Admission

**FROM:**    Mary E. D'Andrea, Clerk of Court


Attached is a petition for Admission to Practice in this Court.

If you are seeking special admission for a particular case, you need to complete the attached petition and mail it back within (10) ten days to the Clerk of Court's Office along with a check in the amount of $25.00 payable to the Clerk of Court. The Clerk of Court has offices in the Federal Buildings in Scranton, Harrisburg and Williamsport, PA. The basis for your admission is the case you are handling and you should list the case name and number in the appropriate spot.

If you are seeking general admission in Scranton or Williamsport, please complete the attached petition, contact one of the judges in either city, and set up a time to appear before the court to be sworn in. For information regarding general admission in Harrisburg, please contact the Clerk's office there, at (717)221-3920, to make arrangements

On the day you are sworn in, your sponsor must be present to move for your admission. Bring the completed application with you, together with a check for $160.00, payable to Clerk of Court, and file it in the Clerk's office.

If you need any further assistance, feel free to call my office at (570) 207-5600

```
Fri Oct 27 15:44:26 2006

    UNITED STATES DISTRICT COURT

    SCRANTON      , PA

Receipt No.   333 108346
Cashier        tanya

Tender Type  CHECK

Check Number: 11776

Transaction Type  C

Case No./Def No. 3:06-PB-1    /   1


D0 Code    Div No     Acct
 4667        3       6855XX

Amount           $    25.00

SP ADM PETER A. GREINER 3:05-CV-2080


JACK MEYERSON 1700 MARKET ST. PHILA.
, PA 19103




    bn
```

**FILED
SCRANTON

OCT 2 7 2006

Per_____
      DEPUTY CLERK**